1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              CENTRAL DISTRICT OF CALIFORNIA

10

11      JOSEPH BRIAN MORALES,              )          NO. CV 11-5793-GW (AGR)
                                           )
12                  Petitioner,            )
                                           )
13             v.                          )
                                           )
14      CONNIE GIPSON,                     )          ORDER ACCEPTING FINDINGS
                                           )          AND RECOMMENDATION OF
15                  Respondent.            )          UNITED STATES MAGISTRATE
                                           )          JUDGE
16                                         )
                                           )
17      _____ )

18             Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other

19      records on file herein, and the Report and Recommendation of the United States

20      Magistrate Judge.  Further, the Court has engaged in a *de novo* review of those

21      portions of the Report and Recommendation to which objections have been

22      made.  The Court accepts the findings and recommendation of the Magistrate

23      Judge.

24             IT THEREFORE IS ORDERED that judgment be entered denying the

25      Petition and dismissing this action with prejudice.

26

27      DATED:  February 2, 2015                    _____
                                                              GEORGE H.WU
28                                                     United States District Judge