UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BRIAN MORALES,<br><br>          Petitioner,<br><br>   v.<br><br>CONNIE GIPSON,<br><br>          Respondent. | NO. CV 11-5793-GW (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: February 2, 2015

_____
GEORGE H. WU
United States District Judge